IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PEDRAZA, | 1:07-cv-01710-OWW-GSA (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | (DOCUMENT #8) |
| Respondent. | (30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 7, 2008, petitioner filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

Dated:   **January 28, 2008**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE